```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 18909
   DEBRA L SAENGER
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-0488
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/13/04 and confirmed on 07/30/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  35783.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHARTER ONE AUTO FINANCE | SECURED VEHIC | 8287.00 | 826.27 | 8287.00 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 4971.24 | .00 | 4971.24 |
| CHRISTIAN BERNARD JEWELE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL MORTGAGE | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL MORTGAGE | MORTGAGE ARRE | 1323.73 | .00 | 1323.73 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 745.99 | .00 | 634.09 |
| ECAST SETTLEMENT CORP | UNSECURED | 1667.42 | .00 | 1417.31 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1000.75 | .00 | 850.64 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6524.72 | .00 | 5546.01 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV/PRIMESTAR | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NORTH AMERICAN NAT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 4845.35 | .00 | 4118.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 985.57 | .00 | 837.73 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 324.00 | .00 | 275.40 |
| WORLD FINANCIAL NETWORK | UNSECURED | 921.17 | .00 | 782.99 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ERS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE DELAWARE NA | UNSECURED | 242.12 | .00 | 205.80 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1282.93 | .00 | 1090.49 |
| CHASE HOME FINANCE | COST OF COLLE | 550.00 | .00 | 550.00 |

        Summary of disbursements:
---
                SECURED    PRIORITY    UNSECURED    OTHER    TOTAL
---

```
TOTAL CLMS ALLOWED      14581.97       550.00      18540.02         .00     33671.99
PRINCIPAL PAID          14581.97       550.00      15759.01         .00     30890.98
INTEREST PAID             826.27          .00          .00          .00       826.27
TOTAL PAID              15408.24       550.00      15759.01         .00     31717.25
```

The Debtor's attorney, DANIEL J WINTER                    , was allowed $  2927.00
and was paid $   406.00   direct and $   2521.00   through the plan.

The Trustee received $   1487.81 .

Refunds to the Debtor totaled $     56.94 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE